Name: Stephen Garcia
Street Address: 400 Bannon St.
City and County: Sacramento, Sac.
State and Zip Code: California 98511
Telephone Number: 203-500-6440

FILED
JAN 30 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Stephen Garcia,
as Scott Jones plaintiff

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Deputy Sheriffs Hiehlie

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 2:19 - CV - 0 1 8 8 TLN EFB PS

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☑ No
*(check one)*

Causes of Action #1
Breach of contract

1. I am Steven Garcia King Tut of Egypt
2. I have a Ancient Gold cophen in
3. my Penthouse in GSR (Grand Sierra
4. Resort) on the top floor in Reno, Nevada
5. where I am Governer Brian Sandoval,
6. as Scott Jones and Chuck Allen (Norris)
7. The federal Sheriff. Unfortunately I have
8. never been paid yet. In 2 (two) decades
9. In 2018 of February. I was sentenced
10. by Judge B. Davidian to 90 days for
11. charges, he made up involving public
12. defenders and the public defenders office.
13. I found guilty for cussing out and trying
14. to take a punch at public defender.
15. Truth is, I was in front of the building
16. standing, Then all of sudden. Deputy sheriffs
17. came outside and put a Net over
18. my head and told me to come with them.
19. I didn't resist. I was put in a cell and
20. booked. In court I told Judge B. Davidian
21. that I was sheriff Scott Jones. He
22. said No your Not, because Scott Jones
23. is white, Not black. All deputies in
24. the courtroom and in the jail fell in
25. line and walked that way. They are
26. still walking that way each day going
27. by. That one lie got bigger and bigger.
28. This problem so simple a problem to correct.

Dated, Jan. 30, 2019
S. Jones

1.

1. Has to be stopped, because that are like turned
2. millions of lies. Just to cover-up true
3. first lie. That Sheriff Scott Jones is a
4. whiteman. In my contract it states
5. that if officers make-up lies and say
6. Sheriff Scott Jones is a whiteman and
7. all other officers fall in line. That is
8. A breach of my contract. Go pull my con-
9. tract and make copies. Plus we'll review
10. the contract evidence. Every country has
11. a copy of my contract because the United
12. Nations so ordered it. I want the Superior
13. Court of England to be called and asked
14. the true identity of Steven Garcia.
15. That I claim to the King of England,
16. King Chris Brown. Supreme Court Judge
17. and District Attorney Treasury civil court
18. of England. I was in Scotland Yard England
19. working in the middle of Dec. 2018. Dec.
20. 16, 2018. I caught Terrill Jones Jr. He was
21. the Number 1 suspect in a major mass
22. murders. I was given a purple Heart. Still
23. more bonuses and promotions in line.
24. King Chris Brown has only 2 twin Bros.
25. or Brothers. In my Penthouse. I have an
26. ancient Gold Bullion Tomb. Superior Court of
27. Cairo, Egypt sent it to me and it's sent to
28. It says King Tut

S. Jones
Dated Jan 30, 2019

2.

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Stephen Garcia
   Street Address: 400 Bannon St
   City and County: Sacramento, SAC
   State and Zip Code: California 95811
   Telephone Number: 203-520-6442

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: Deputy Hieffie
   Job or Title (if known): Deputy Sheriff
   Street Address: 651 I-Street
   City and County: Sacramento, Sac.
   State and Zip Code: California
   Telephone Number:

   Defendant No. 2
   Name:
   Job or Title (if known):
   Street Address:
   City and County:
   State and Zip Code:
   Telephone Number:

2

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

federal contracts and federal breaches of contracts

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, (name) Steve Charm King Tut, is a citizen of the State of (name) California.

   b. If the plaintiff is a corporation

   The plaintiff, (name) Mike's hard lemonade, is incorporated under the laws of the State of (name) California, and has its principal place of business in the State of (name) California.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, (name) Deputy Hichlies, is a citizen of the State of (name) California. Or is a citizen of (foreign nation) _____.

4

Defendant No. 3

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____


Defendant No. 4

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____


## II.   Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

3

b. If the defendant is a corporation

The defendant, *(name)* Sac. deputy Sheriffs, is incorporated under the laws of the State of *(name)* California, and has its principal place of business in the State of *(name)* California. *Or is* incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*: I am Scott Jones the sheriff. I hourly pay is 300 zillion zillion an hr. I just need authority to enter my job at the Sheriffs office

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I need my contract. Because its in the contract it talks about the problem and it has a solution. I have a federal contract signed by authorities in all Nations.

5

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I want to come back to work. That's my relief. I need the FBI to deliver my money to me. This has been happening to me since the day of my third birth on 09-02-72. destruction is bad right from the first days left.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Jan. 30, 2019.

Signature of Plaintiff  Scott James Malcolm X
Printed Name of Plaintiff  Scott James Malcolm X

6