AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)


FILED
JAN 3 0 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the

Stephen Garcia
as Scott Jones
)
_Plaintiff/Petitioner_
)
)
Deputy Hiethic
)  Civil Action No. 2:19-CV-0188 TLN EFB PS
_Defendant/Respondent_
)

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. _If incarcerated._ I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. _If not incarcerated._ If I am employed, my employer's name and address are: by the state of California as Sheriff Justice Scott Jones 651 I street,

My gross pay or wages are: $600 zillion hr, and my take-home pay or wages are: $600 zillion per hr.

_(specify pay period)_ _____ .

3. _Other Income._ In the past 12 months, I have received income from the following sources _(check all that apply)_:

(a) Business, profession, or other self-employment ☐ Yes ☐ No
(b) Rent payments, interest, or dividends ☐ Yes ☐ No
(c) Pension, annuity, or life insurance payments ☐ Yes ☐ No
(d) Disability, or worker's compensation payments ☐ Yes ☐ No
(e) Gifts, or inheritances ☐ Yes ☐ No
(f) Any other sources ☑ Yes ☐ No

_If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future._ I receive $934.oo Also each month from SSI

4. Amount of money that I have in cash or in a checking or savings account: $ 60

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name (describe the property and its approximate value): I have no money because my checks were stolen from my office desk as Sheriff Scott Jones. Plus the money that's supposed to come from India to the F.B.I. Agents try to steal it, and it never gets delivered.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses (describe and provide the amount of the monthly expense): $900.00

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

8. Any debts or financial obligations (describe the amounts owed and to whom they are payable):

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 1-30-2019

Scott Jones as Steven Garcia
*Applicant's signature*

Scott Jones as Steven Garcia
*Printed name*