UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN GARCIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPUTY HIEHLIE,<br><br>　　　　Defendant. | No. 2:19-cv-00188-TLN-EFB<br><br><br>ORDER |

On March 28, 2019, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 3.) No objections were filed.

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed findings and recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed findings and recommendations filed March 28, 2019, (ECF No. 3), are ADOPTED;
2. Plaintiff's complaint, (ECF No. 1), is dismissed without leave to amend pursuant to 28 U.S.C. § 1915(e) for failure to state a claim and as frivolous; and

///

3. The Clerk is directed to close the case.

Dated: June 12, 2019

Troy L. Nunley
United States District Judge