# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**STEPHEN GARCIA,**

CASE NO: **2:19–CV–00188–TLN–EFB**

v.

**HIEHLIE,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 6/13/19**

**Marianne Matherly**
Clerk of Court

ENTERED: **June 13, 2019**

by: /s/ R. Becknal
Deputy Clerk