Vontell Wesson
v.
Jones et al
Plaintiff
Defendant

NO. 2:19-cv-188 DBP

FILED
NOV 18 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFO
BY_____
DEPUTY CLERK

# ORDER TO SHOW CAUSE

From: Vontell Wesson LETTER

## EXHAUSTION

On 7-6-19 I Filed a grievance on see a copy of attached grievance, I was told by Sacramento county jail that there administrative only deal with internal use only And for me to contact the U.S. marshall's, I contacted the U.S. marshall's to file a complaint on the Stockton police Department, further more the U.S. marshall's where only the aresting officer and transport officer once the state droped the state charge's U.S. marshall's was not involved in the incident that took place on 02-25-19 by Stockton pd, so there's not the U.S. marshall's can do about the complaint.

I Did Go through the administrative procedure's and grievance process Dated 7-6-19 SEE Attached form under these circumstances it clearly show's that I tried to demonstrat and request a administrative remedy this letter and form show's I the Plaintiff Plausibly demonstrate the administrative remedies and it was effectively unavailable to me in Sacramento county Jail, I should meet one of the exception's to the exhaustion requirement set out in Ross. I'm Requesting that the court's →

→ pursue this case Because my failure's to exhaust meet's on of the exception identified in Ross once I did submit my request for administrative relief, It show's that there's nothing this county administrative can do, I was Refered to the U.S. Marshall's that I contacted dirrectly there was nothing they could do Ross, 136 S. Ct at 1859. These circum- -stance's are as follow's (1) the administrative procdure... operate's as a simple dead end.. I request that the court take special circumstaces into account.

IIA

Vutull Wagen
Respectfully
Submmitted
11-12-19



# SACRAMENTO COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONAL SERVICES GRIEVANCE FORM

DATE: 7-8-19
GRIEVANCE #: 2019-1741
ASSIGNED TO: Compliance
ADA RELATED: No

NAME (PRINT LAST, FIRST, MIDDLE): Vontell Nicholas Wesson
DATE OF BIRTH: 12-17-83
XREF NUMBER: 8251759
DATE: 7-6-19

INMATE SIGNATURE: Vontell Wesson
INMATE LOCATION: 6-W-316
DATE AND TIME OF OCCURRENCE: 2-25-19

**EXPLAIN YOUR GRIEVANCE:**

02-25-19 at 0456 hours at Doyle Manor apartment complex officer Linde (1841) walked over to Wesson placed me in handcuffs proned me down while bein cuffed once I was told to set-up on my butt that's when I started to feel that the cuff where on too tight It took officer Linde (1841) about 2-3 minuts to take the handcuffs off my Right wrisk I was screaming in pain due to that indcident I ended up with a broken wrisk bone by officer Linde (1841) this incident and injurie happen by Stockton police officer Linde (1841) in the county of San Jaquin.

RECEIVING OFFICER (PRINT): Conley
BADGE NO: 953
DATE/TIME: 07/06/2019 / 2052

☐ RESOLVED at the Staff level     ☐ FORWARD to Supervisor level

Response: You were arrested by the Marshalls. Please contact them directly to file a complaint. This form is for internal use only.

Roberts #75

☐ Corrective Action Taken  ☐ Denied  ☒ Not Grievable  ☐ Resolved

SUPERVISOR SIGNATURE: [signature]
DATE: 7/8/19
ASSISTANT COMMANDER: Lt. S. Hampel #50
DATE: 7/25/19

700-012 (REV 12/17)